IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NELSON HARRIS, Jr.**                                                                                             **PLAINTIFF**

v.                                      Case No. 3:20-cv-00112-KGB

**RATNER STEEL SUPPLY CO. and**
**MARK RATNER**                                                                                                  **DEFENDANTS**

## ORDER

Before the Court is plaintiff Nelson Harris, individually and on behalf of all others similarly situated, and defendants Ratner Steel Supply Co. ("Ratner Steel") and Mark Ratner's (collectively "Defendants") joint motion to stay (Dkt. No. 12). In the motion, the parties state they are "on track to settle this matter" and request a stay of the upcoming Rule 26 deadlines (Dkt. No. 12, ¶ 1). For good cause shown, the Court grants the joint motion to stay (Dkt. No. 12). All deadlines set forth in the Court's initial scheduling Order in this matter are stayed until further notice (Dkt. No. 10). The parties shall provide the Court with a status report on or before March 8, 2021, to report on the progress of settlement negotiations.

It is so ordered this 8th day of January, 2021.

_____
Kristine G. Baker
United States District Judge