IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NELSON HARRIS, JR.**                                                                                          **PLAINTIFF**

v.                              Case No. **3:20-cv-00112-KGB**

**RATNER STEEL SUPPLY CO.** and
**MARK RATNER**                                                                                                 **DEFENDANTS**

## ORDER

On December 13, 2021, the parties communicated to the Court their request for this matter to be referred for a settlement conference. For good cause shown, the Court grants the parties' request and refers this matter to United States Magistrate Judge J. Thomas Ray to schedule and conduct a settlement conference between the parties.

It is so ordered this 16th day of December, 2021.

_____
Kristine G. Baker
United States District Judge